```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-46103 WJL** |
| **AARON KUPER and CHRISTINA KUPER,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

_____/

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors will pay $600.00 per month to the Trustee for February & March 2014. Commencing April 2014 and continuing thereafter, Debtors will pay $800.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. Kuper's worker's compensation was temporarily reduced.

Dated: February 20, 2014

                                           /s/ Anne Y. Shiau
                                           ANNE Y. SHIAU
                                           Attorney for Debtors