Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900
Trustee for Debtor(s)

RECEIVED
JUN 30 2014
MARTHA G. BRONITSKY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Aaron Kuper
Christina Kuper

Debtors(s)

Chapter 13 Case Number:
13-46103-WJL13

**STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS**

PURSUANT to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

SEND ADDITIONAL PAYMENT OF $800 PER MONTH FOR 2 MONTHS EFFECTIVE JUNE 2014, MAKING TOTAL MONTHLY PAYMENT $1,600. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE THAT ALL PAYMENTS NEED TO BE ON TIME AND IN THE FULL AMOUNT OR THE CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE. DEBTOR'S PAYMENTS ARE DUE BY THE 20th OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 6/4/14                        _____ Debtor

Dated: 6/4/14                        _____ Debtor

Dated: 5/30/14                       _____ Attorney for Debtor

Dated: 6.30.14                       _____
                                     Martha G. Bronitsky
                                     Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Aaron Kuper
Christina Kuper

Case No.: 13-46103-WJL13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Aaron Kuper
Christina Kuper
3147 Ormonde Street
Tracy, CA 95377

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 02, 2014

/s/ OLGA GONZALEZ

OLGA GONZALEZ