IN THE UNITED STATES BANKRUPTCY COURT

In re:

    Aaron Kuper
    Christina Kuper

Case No.: 13-46103-WJL13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

| | |
|---|---|
| Aaron Kuper | Patrick L Forte Atty |
| Christina Kuper | 1 Kaiser Plaza #480 |
| 3147 Ormonde Street | Oakland, CA 94612 |
| Tracy, CA 95377 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 02, 2014                        /s/ OLGA GONZALEZ
                                                  OLGA GONZALEZ