```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-46103 WJL** |
| **AARON KUPER and CHRISTINA KUPER,** | **Chapter 13** |
| **Debtors.** | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors applies to the court for an order to modify their Chapter 13 Plan as outlined in the Modified Chapter 13 Plan attached hereto as Exhibit A.

The modification is sought on the following grounds:

Debtor, Aaron Kuper, suffered an injury at his work and is currently not working. Debtor expects his disability claim to be approved shortly.

Dated: May 31, 2017

                                                                           /s/ Patrick L. Forte
                                                                           PATRICK L. FORTE
                                                                           Attorney for Debtors