

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes the order of the court.
Signed July 19, 2017

Attorneys for Debtors

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 13-46103 WJL

**AARON KUPER and**                             Chapter 13
**CHRISTINA KUPER,**
                                                ORDER MODIFYING CHAPTER 13 PLAN
      Debtors.
_____/

    The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on May 31, 2017, and any opposition, if received, having been resolved and good cause appearing therefor;

    **IT IS ORDERED** that debtors' Amended Motion to Modify Plan filed on May 31, 2017, as docket #75 and attached modified plan exhibit is approved.

                          **END OF ORDER**

Approved as to form & content:

Dated: July 17, 2017        /s/ Martha G. Bronitsky
                              MARTHA G. BRONITSKY
                              Chapter 13 Trustee

**COURT SERVICE LIST**

'No physical service required'

Case: 13-46103    Doc# 80    Filed: 07/19/17    Entered: 07/19/17 19:15:33    Page 2 of 2